

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:06-CR-033-RCJ-GWF |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| GARY ALLEN WEXLER, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in Criminal Case (#18) on December 8, 2006. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution was not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) in the amount(s) listed below:

Name of Payee:  Gary and Jana Bauer
Amount of Restitution: $29,236.68

Name of Payee:  Harriet Ulrich
Amount of Restitution: $64,030.46

Name of Payee:  Sharon Pattee
Amount of Restitution: $72,920.45

Name of Payee:  Gregg Mosley
Amount of Restitution: $112,931.82

Name of Payee: Joy Mosley
Amount of Restitution: $265,467.43

Name of Payee: Fred and Deborah Fellows
Amount of Restitution: $409,325.65

Name of Payee: Clerk Rigional Justice Center
Amount of Restitution: $409.325.65

**Total Amount of Restitution Ordered:** $1,363.238.14

Dated this __17th__ day of October, 2016.

_____
UNITED STATES DISTRICT JUDGE